**AKERMAN SENTERFITT LLP**
KAREN PALLADINO CICCONE (SBN 143432)
Email: karen.ciccone@akerman.com
725 South Figueroa Street, 38th Floor
Los Angeles, CA 90017
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

TAYLOR L. BROADHEAD (SBN 268224)
Email: taylor.broadhead@akerman.com
350 East Las Olas Boulevard, Suite 1600
Fort Lauderdale, FL 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

Attorneys for Defendants
BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| JAY TA-CHIEH YEH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., a business entity; GREEN TREE SERVICING, LLC, a business entity, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 3:12-cv-05940-EDL<br>Hon. Elizabeth D. Laporte<br><br>**REQUEST FOR SUBSTITUTION OF ATTORNEY; ORDER**<br><br>Complaint Filed:   October 22, 2012 |

**TO THE COURT, ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that defendant Bank of America, N.A. hereby substitutes Karen Palladino Ciccone and Taylor L. Broadhead of the law firm of Akerman Senterfitt LLP, 725 S. Figueroa Street, 38th Floor, Los Angeles, California 90017-5433, telephone 213-688-9500, facsimile 213-627-6342, as its counsel of record in the above referenced action in place of Thomas N. Abbott and Mary Kate Sullivan of the law firm Severson & Werson, PC.

Dated: November 30, 2012     **BANK OF AMERICA, N.A.**

By: /s/ *Jason Hazelwood*

I HEREBY ACCEPT THIS SUBSTITUTION:

Dated: November 30, 2012     **AKERMAN SENTERFITT LLP**

By: /s/ *Karen Ciccone*
    Karen Palladino Ciccone
    Taylor L. Broadhead
Attorneys for Defendant
BANK OF AMERICA, N.A.

I CONSENT TO THE ABOVE SUBSTITUTION:

Dated: November 30, 2012     **SEVERSON & WERSON, PC**

By: /s/ *Thomas Abbott*
    Thomas N. Abbott
    Mary Kate Sullivan
Former Attorneys for Defendant
BANK OF AMERICA, N.A.

**Concurrence in the filing of this document was obtained from each signatory

## ORDER

IT IS SO ORDERED.

Dated: December 12, 2012

*[signature]*
Elizabeth D. Laporte
United States District Court Magistrate Judge

AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to this action. My business address is 725 South Figueroa Street, 38th Floor, Los Angeles, CA 90017.

On November 30, 2012, I served the following documents by placing a true copy thereof in a sealed envelope(s) on the persons below as follows:
:

## REQUEST OF SUBSTITUTION OF ATTORNEY; ORDER

| | |
|---|---|
| Matthew D. Mellen, Esq.<br>Jessica Galletta, Esq.<br>Sarah Adelaars, Esq.<br>THE MELLEN LAW FIRM<br>411 Borel Avenue, Suite 230<br>San Mateo, California 94402<br>Telephone: (650) 638-0120<br>Facsimile: (650) 638-0125<br>*Counsel for Plaintiff Jay Ta-Chieh Yeh* | Thomas Nathaniel Abbott, Esq.<br>Mary Kate Sullivan, Esq.<br>Severson & Werson, PC<br>One Embarcadero Center, Suite 2600<br>San Francisco, California 94111<br>Telephone: (415) 398-3344<br>Facsimile: (415) 956-0439<br>*Counsel for Defendant Green Tree Servicing LLC* |

☐ (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☐ (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

☐ (MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed and provided them to a professional messenger service for service. A separate Personal Proof of Service provided by the professional messenger service will be filed under separate cover.

☐ (FACSIMILE) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐     (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒     (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

☐     (State)     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒     (Federal)     I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **November 30, 2012**, at Los Angeles, California.

| Karen Ciccone | /s/ Karen Ciccone |
|---|---|
| (Type or print name) | (Signature) |