1  Matthew Mellen (SBN: 233350)
   Jessica Galletta (SBN: 281179)
2  MELLEN LAW FIRM
   411 Borel Ave, Suite 230
3  San Mateo, California 94402
   Telephone:    (650) 638-0120
4  Facsimile:    (650) 638-0125

5  Attorneys for Plaintiff
   JAY TA-CHIEH YEH

6
                    UNITED STATES DISTRICT COURT
7
                    NORTHERN DISTRICT OF CALIFORNIA
8

9

10 | JAY TA-CHIEH YEH, an individual | Case No.: 3:12-cv-05940- PJH |
|---|---|
| Plaintiff, | |
| v. | [**PROPOSED**] ORDER OF DISMISSAL PURSUANT TO FRCP 41(a) |
| BANK OF AMERICA, N.A., a business entity; GREEN TREE SERVICING, LLC, a business entity, and DOES 1-100, inclusive,, | Date Action Filed:  October 22, 2012  Trial Date:  None Set |
| Defendants. | |

   The Court, having received Plaintiff's Notice of Dismissal filed May 3, 2013, hereby

dismisses with prejudice United States District Court Case Number 3:12-cv-05940- PJH in its

entirety.

   SO ORDERED


Dated: 5/7/13

                                          IT IS SO ORDERED
                                          [signature]
                                          Judge Phyllis J. Hamilton

                                    1

ORDER OF DISMISSAL PURSUANT TO FRCP 41(a)