1  Matthew Mellen (SBN: 233350)
   Jessica Galletta (SBN: 281179)
2  MELLEN LAW FIRM
   411 Borel Ave, Suite 230
3  San Mateo, California 94402
   Telephone:   (650) 638-0120
4  Facsimile:   (650) 638-0125

5  Attorneys for Plaintiff
   JAY TA-CHIEH YEH

6
                    UNITED STATES DISTRICT COURT
7
                    NORTHERN DISTRICT OF CALIFORNIA
8

9

10 | JAY TA-CHIEH YEH, an individual | Case No.: 3:12-cv-05940- PJH |
   |---|---|
11 | Plaintiff, | |
   | v. | [~~PROPOSED~~] ORDER OF DISMISSAL PURSUANT TO FRCP 41(a) |
12 | BANK OF AMERICA, N.A., a business entity; GREEN TREE SERVICING, LLC, a business entity, and DOES 1-100, inclusive,, | Date Action Filed:   October 22, 2012 |
13 | | Trial Date:   None Set |
14 | Defendants. | |

16  The Court, having received Plaintiff's Notice of Dismissal filed May 3, 2013, hereby

17  dismisses with prejudice United States District Court Case Number 3:12-cv-05940- PJH in its

18  entirety.

19
    SO ORDERED
20

21
    Dated: 5/7/13
22
                                    IT IS SO ORDERED
                                    [signature]
                                    Judge Phyllis J. Hamilton

28
                                    1

ORDER OF DISMISSAL PURSUANT TO FRCP 41(a)